M. P. No. 79-48.   IN THE MATTER OF ROBERT.   This petition for a writ of habeas corpus was heard by us in open court on Friday, July 27, 1979. For reasons that will appear in a subsequent opinion, the petition is hereby denied and the stay of extradition is vacated.

Mr. Justice Weisberger did not participate. *Dennis J. Roberts, II*, Attorney General, *Thomas H. Caruolo*, Special Assistant Attorney General, for plaintiff, *Irving Brodsky*, for defendant.

M. P. No. 79-262.   BROWN & SHARPE MANUFACTURING COMPANY *v.* JOHN KING, *et al.*   A determination on the petition for writ of certiorari is hereby deferred pending resolution of the administrative appeals of respondents King and Charlebois in the District Court. The order of the District Court striking petitioner Brown & Sharpe Manufacturing Company as a party to those administrative appeals is stayed until further order of this court.

Mr. Justice Weisberger did not participate. *Michael P. Defanti, Gordon P. Cleary*, for petitioner, *Richard A. Skolnik, Joseph R. DeCiantis*, for respondent.

M. P. No. 79-266.   METACHEM RESINS CORPORATION *v.* HENRY OLDHAM, *et al.*   The petition for writ of certiorari is denied.

Mr. Justice Weisberger did not participate. *Valentino D. Lombardi*, for petitioner, *John P. Barylick*, for respondent.